IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MICHAEL LORUSSO,

    *Petitioner*,

v.                                    Case No.: 1:25cv270-MW/MAF

SECRETARY, FLORID DEPARTMENT
OF CHILDREN AND FAMILIES,

    *Respondent*.

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 3, and has also reviewed *de novo* Petitioner's "motion for objections," ECF No. 4, which this Court construes as Petitioner's objections to the report and recommendation. Petitioner does not directly address the recommendation to dismiss Petitioner's petition as duplicative but instead notes that a judge in the Middle District of Florida previously appointed him counsel and asks this Court to do the same. Nonetheless, the Magistrate Judge is correct that this action is duplicative.

Accordingly,

**IT IS ORDERED**:

The report and recommendation, ECF No. 3, is **accepted and adopted**, over the Plaintiff's objections, as this Court's opinion. The Clerk shall enter judgment

stating, "The § 2241 petition for writ of habeas corpus, ECF No. 1, is **DISMISSED without prejudice** as duplicative." A certificate of appealability is **DENIED** and leave to appeal *in forma pauperis* is **DENIED**. The Clerk shall terminate ECF No. 4 and close the file.

**SO ORDERED on October 3, 2025.**

s/Mark E. Walker
**United States District Judge**
